**RECEIVED**

AUG 1 6 2011

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

| | |
|---|---|
| PHILLIP W. ROBERTSON | CIVIL ACTION NO. 6:10-cv-00915 |
| VERSUS | JUDGE DOHERTY |
| VERMILION PARISH SCHOOL BOARD | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that this case is dismissed without prejudice and the January 9, 2012 trial of this matter is upset.

**IT IS FURTHER ORDERED** that, within ninety days of the date on which this suit is dismissed, the plaintiff may file a motion to reopen this case stating the reasons he failed to attend the July 27, 2011 hearing and why this case should not be dismissed with prejudice.

**IT IS FURTHER ORDERED** that the Clerk of this Court shall serve a copy of this order on the plaintiff at his last known address, which is 3305 N. Lemaire Avenue, Kaplan, Louisiana 70548.

Lafayette, Louisiana, this _16_ day of _August_, 2011.

_____
Rebecca F. Doherty
United States District Judge

SENT
8-17-11
cb
Phillip W. Robertson